IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02588-MSK-MJW

HOME LIFE, INC., a North Carolina corporation,

       Plaintiff,

v.

JEFFREY W. KNIGHT, a natural person, as an individual,

       Defendant.

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**

The following matter is set for a non-evidentiary hearing on the law and motion calendar[1] of Judge Marcia S. Krieger to be held on **January 16, 2009,** at **9:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, 9th Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Counsel shall *bring their calendars*. The parties shall be prepared to address scheduling of a hearing on the Motion to Compel Arbitration and to Stay Proceedings **(#5)** and Joint Motion to Compel Arbitration and to Stay Proceedings **(#8)**.

Counsel may appear at this hearing by telephone. To appear telephonically, counsel and any *pro se* parties shall contact the Courtroom Deputy at **303-335-2185** no later than two court days before the hearing to make arrangements.

DATED this 30th day of December, 2008.

---

[1] See MSK Civ. Practice Standard V.H. (Hearings on Motions) for a description of a law and motion hearing.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge