# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: LaDonne Bush  Date: January 16, 2009
Court Reporter: Paul Zuckerman

Civil Action No. 08-cv-02588-MSK-MJW

| *Parties*: | *Counsel*: |
|---|---|
| HOME LIFE, INC., a North Carolina corporation, | Ted Trauernicht |
| Plaintiff, | |
| v. | |
| JEFFREY W. KNIGHT, a natural person, as an individual, | Robert Shilliday |
| Defendant. | |

## COURTROOM MINUTES

**Law and Motion Hearing**

9:44 a.m.  Court in session.

**ORDER:**  Case is closed. Motion to Compel Arbitration and Stay Proceedings (Doc. 5) and Joint Motion to Compel Arbitration and Stay Proceedings (Doc. 8) are granted in part and denied in part.

9:50 a.m.  Court in recess.

Time: 00:06
Hearing concluded.